IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| KIMBERLY THOMAS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 1:13cv128-MHT |
| | ) | (WO) |
| DOLGENCORP, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

### ORDER

In accordance with the memorandum opinion entered this date, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) Plaintiff Kimberly Thomas's objections (doc. no. 43) are overruled.

(2) The United States Magistrate Judge's recommendation (doc. no. 42) is adopted.

(3) Plaintiff Thomas's motion to alter, amend, or vacate the judgment (doc. no. 37) is denied.

DONE, this the 27th day of July, 2015.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE