IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | |
|---|---|
| KIMBERLY THOMAS, ) | |
| ) | |
|    Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
|    v. ) | 1:13cv128-MHT |
| ) | (WO) |
| DOLGENCORP, LLC, ) | |
| ) | |
|    Defendant. ) | |

ORDER

Upon consideration of the opinion of the United States Court of Appeals for the Eleventh Circuit entered on March 15, 2016 (doc. no. 56), wherein the final judgment of this court made and entered herein on July 11, 2014 (doc. no. 36), was in all respects affirmed; and the mandate of the United States Court of Appeals for the Eleventh Circuit issued on April 13, 2016, and received in the office of the clerk of this court on April 13, 2016 (doc. no. 57), it is the ORDER, JUDGMENT, and DECREE of the court that the final judgment of this court made and entered on July 11,

2014 (doc. no. 36), is continued in full force and effect.

DONE, this the 1st day of June, 2016.

                                    /s/ Myron H. Thompson
                                UNITED STATES DISTRICT JUDGE